## AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Appellant,

v.

## Thomas Allen SOUTHARD, Respondent Pro Se; Dan Johnson as Conservator of Jacob Johnson, a minor, and Jesse Johnson and Dina Johnson, Respondents.

### No. WD 59549.

Missouri Court of Appeals, Western District.

April 23, 2002.

Keith Joseph Schieber, St. Joseph, MO, for Appellant.

Thomas A. Southard, Fairfax, MO, Pro Se.

Zel M. Fischer, Rock Port, MO, for Respondents.

Before SMART, P.J., LOWENSTEIN and ELLIS, JJ.

### *ORDER*

PER CURIAM.

This is a declaratory judgment action filed by the appellant insurance company to determine whether there was coverage for the teen-aged driver of his grandparents' vehicle under the policy of the driver's father. The trial court's judgment in favor of the insured was supported by competent and sufficient evidence and is affirmed. Rule 84.16(b).